## SOUTHERN RAILWAY COMPANY *v.* PULLIAM.

COBB, J. 1. The evidence claimed to have been newly discovered being cumulative on points directly under investigation at the trial, as well as impeaching, and being such as could have been easily discovered by the exercise of the very slightest diligence, it was not of such a character as to authorize the granting of a new trial.

2. No error of law was complained of. The evidence authorized the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued June 15, — Decided July 27, 1899.

Action for damages. Before Judge Fite. Whitfield superior court. October term, 1898.

*Shumate & Maddox,* for plaintiff in error.

*B. Z. Herndon* and *J. A. Longley,* contra.

---

## SOUTHERN RAILWAY COMPANY *v.* POOL.

LEWIS, J. When a horse in a city, town, or village is quietly grazing on an unused street between the railroad-track and a barbed-wire fence near by, in plain view of the employees of the railroad company having control of an approaching train, the company is liable to the owner of the animal for injuries it sustains in consequence of being frightened by the wanton, unnecessary, and unusual blowing of the locomotive whistle which causes the animal to become injured by running into the fence. There was evidence to sustain this theory of the plaintiff's case, and the court therefore did not err in overruling defendant's petition for certiorari on the ground that the verdict of the jury in the justice's court was contrary to evidence. *Georgia Railroad* v. *Carr.* 73 *Ga.* 558; *Morgan* v. *Central Railroad,* 77 *Ga.* 788, 792; *Atlanta & W. P. R. Co.* v. *Hudson,* 62 *Ga.* 680.

*Judgment affirmed. All the Justices concurring.*

Argued June 15, — Decided July 27, 1899.

Certiorari. Before Judge Fite. Whitfield superior court. October term, 1898.

*Shumate & Maddox,* for plaintiff in error.

*J. A. Longley* and *B. Z. Herndon,* contra.